UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

|  |  |  |
|---|---|---|
| Juan Azana | : |  |
|     Plaintiff | : |  |
|  | : |  |
| v. | : |  |
|  | : |  |
| Ziggy's Family Pizza | : |  |
| Restaurant, LLC and Gregory | : |  |
| Zepeda | : |  |
|  | : | November 3, 2017 |
|     Defendants | : |  |
|  | : |  |

## COMPLAINT

1. Defendants employed Plaintiff Juan Azana in their pizza shop, where he did a little bit of everything: cooking, cleaning, and deliveries. Plaintiff Azana worked more than forty hours per week but was never paid an overtime premium, despite the requirements of the Fair Labor Standards Act of 1938, ("FLSA"), 29 U.S.C. Sec. 201, et. seq. Plaintiff Azana bring this action to recover unpaid wages and liquidated damages owed to him.

## JURISDICTION AND VENUE

2. This court has jurisdiction over this controversy pursuant to 29 U.S.C. Sec. 216(b) 28 U.S. Secs. 1331, 1337, and 1343.

3. Venue is appropriate pursuant to 28 U.S.C. Sec. 1391(b) because the events giving rise to this complaint occurred within this judicial district.

## THE PARTIES

4. Plaintiff Juan Azana is a resident of Connecticut who worked for Defendants from 2011 until approximately March, 2017.

5.      Defendant Ziggy's Family Restaurant, LLC ("Ziggy's") is a domestic corporation registered in Connecticut with a business address of 36 East Grand Avenue in New Haven, Connecticut.

6.      Defendant Gregory Zepeda is the owner of Ziggy's and had the power to hire, fire, pay, schedule, discipline, and supervise B Natural employees, including the Plaintiff. Defendant Zepeda exercised these powers over the plaintiff. For example, Mr. Shewaye negotiated hourly pay with the plaintiff, set his work schedule, assigned specific responsibilities, and issued his pay.

## FACTS

7.      Defendants hired Juan Azana in 2011.

8.      The Plaintiff worked six days per week, twelve hours per day, for a total of seventy-two hours each and every week he worked.

9.      Defendants never paid Juan Azana an overtime premium during any workweek.

10.     During his employment, Plaintiff Azana was paid at a starting rate of $9 per hour which increased to $10 per hour.

11.     For example, during the first workweek of 2017 Mr. Azana worked 72 hours and was paid $720.  Legally, he should have been paid at least $860.

## COUNT ONE – FAIR LABOR STANDARDS ACT
(**Overtime**)

12.     By the conduct described above, Defendants violated Plaintiff's right to be paid an overtime premium consistent with the provisions of the Fair Labor Standards Act, 29 U.S.C. Sec. 201, et. seq.

13.     Defendants' conduct as described above was in willful violation of the Plaintiff's rights pursuant to the Fair Labor Standards Act, 29 U.S.C. Sec. 201, et. seq. As a result of the

Defendants' unlawful conduct, Plaintiffs suffered a loss of compensation from employment that is due and owing to him.

### COUNT TWO - CONNECTICUT GENERAL STATUTES § 31-58, et seq.
### (Overtime)

14. By the conduct described above, the Defendants have denied the Plaintiff overtime wages in violation of Connecticut General Statutes § 31-60a and § 31-76c.

15. By the conduct described above, the Defendants' violations of Connecticut General Statutes were in bad faith, arbitrary, and/or unreasonable.

16. As a result of the Defendants' unlawful conduct, the Plaintiff has suffered a loss of compensation from employment that is due and owing to him.

### PRAYER FOR RELIEF

WHEREFORE the Plaintiff prays that the Court award them:

1. All compensation due and owing to him by the Defendants;

2. Liquidated damages in equal amounts to his unpaid overtime wages, pursuant to 29 U.S.C. Sec. 216(b);

3. Plaintiff's costs and reasonable attorney's fees pursuant to 29 U.S.C. Sec. 216(b);

4. Such other legal or equitable relief as the Court may deem just.

                                  THE PLAINTIFF

By:   /s/_____
      James Bhandary-Alexander
      ct28135
      New Haven Legal Assistance Assoc.
      426 State Street
      New Haven, CT 06510
      (203) 946-4811
      (203) 498-9271 fax
      Email: jbhandary-alexander@nhlegal.org
      His Attorney

## **CERTIFICATE OF SERVICE**

     I hereby certify that on November 3, 2017, a copy of the foregoing Complaint was filed electronically and served by mail on anyone unable to accept electronic filing.  Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail as indicated on the Notice of Electronic Filing.  Parties may access this filing through the Court's CM/ECF System.

                                  /s/ James Bhandary-Alexander